IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

ROBERT L. STRASSER,

      Plaintiff,

vs.                                                  Case No. 5:25-cv-81
                                                  Judge:   Bailey

BRENT A. STRASSER, and
CHARLES SCHWAB & CO., INC.,

      Defendants.

## RULE 41(a)(1) NOTICE OF VOLUNTARY DISMISSAL
## OF DEFENDANT CHARLES SCHWAB & CO., INC.

      Plaintiff Robert L. Strasser, by counsel, hereby voluntarily dismisses only defendant Charles Schwab & Co., Inc. from this civil action pursuant to Federal Rule of Civil Procedure 41(a)(1).  This dismissal is without prejudice.

                                                  Respectfully Submitted:

                                                  /s/ *David L. Delk, Jr.*
                                                      Counsel for Plaintiff

David L. Delk, Jr. (#6883)
GROVE, HOLMSTRAND & DELK, PLLC
44 ½ 15th Street
Wheeling, WV 26003
(304) 905-1961

**CERTIFICATE OF SERVICE**

I, David L. Delk, hereby certify that a true and accurate copy of the foregoing Voluntary Dismissal was served upon the following individuals via the Court's ECF system:

> MARK D. PANEPINTO, ESQ.
> 955 National RoadWheeling, WV 26003
> (304) 232-9500
> mark@panepintolaw.com
> *Counsel for Defendant Brent Strass*
>
> Carrie Goodwin Fenwick
> Louis F. Mendez
> Goodwin & Goodwin, LLP 300 Summers Street, Suite 1500
> Charleston, WV 25301
> Tel: (304) 346-7000
> cgf@goodwingoodwin.com
> *Counsel for Defendant, Charles Schwab & Co., Inc.*

/s/ *David L. Delk, Jr.*
Counsel for Plaintiff

David L. Delk, Jr. (#6883)
GROVE, HOLMSTRAND & DELK, PLLC
44 ½ 15th Street
Wheeling, WV 26003
(304) 905-1961