IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

ROBERT L. STRASSER, )
)
        Plaintiff, )
)
vs. ) CIVIL ACTION NO. 5:25-CV-81
) Judge Bailey
BRENT A. STRASSER, )
)
        Defendant. )

## VERIFICATION

STATE OF __FLORIDA__,
COUNTY OF __Sumter__, to-wit:

    I, BRENT A. STRASSER, the affiant herein, after being first duly sworn upon my oath, says that the facts and allegations contained in the foregoing ANSWER AND COUNTERCLAIM are true, except so far as they are stated to be upon information, and that so far as they are stated to be upon information, I believe them to be true.

_____
BRENT A. STRASSER

    Taken, subscribed and sworn to before me this __26th__ day of __FEBRUARY__, 2026.

_____
NOTARY PUBLIC

My Commission Expires:
__05-18-2027__

MATTHEW FRAGUELA
MY COMMISSION # HH 400288
EXPIRES: May 18, 2027