**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

ROBERT L. STRASSER,

        Plaintiff,

vs.

                                       Case No. 5:25-cv-81
                                       Judge:    Bailey

BRENT A. STRASSER,

        Defendant.

**PLAINTIFF'S ANSWER TO DEFENDANT'S**
**COUNTERCLAIM**

Plaintiff, by counsel, states the following for his response to the defendant's

counterclaim.

1. Paragraph 1 of the Counterclaim does not contain allegations which require a response from the plaintiff.  To the extent a response is required, the allegations in paragraph 1 of the Counterclaim are denied.

2. The allegations in paragraph 2 of the Counterclaim are admitted.

3. The allegations in paragraph 3 of the Counterclaim are admitted.

4. The allegations in paragraph 4 of the Counterclaim are admitted.

5. The allegations in paragraph 5 of the Counterclaim are denied.

6. The allegations in paragraph 6 of the Counterclaim are denied.

7. The allegations in paragraph 7 of the Counterclaim are denied.

8. The allegations in paragraph 8 of the Counterclaim are denied.

**First Affirmative Defense**

The Coounterclaim fails to state a claim upon which relief can be granted pursuant to Rule

12(b)(6) of the West Virginia Rules of Civil Procedure.

**<u>Second Affirmative Defense</u>**

The plaintiff expressly reserves the right to assert additional affirmative defenses as discovery and additional factual developments may yield in this action.

Wherefore, plaintiff prays that the defendant's Counterclaim be dismissed and that he be afforded the following relief:

1. Enter Judgment in favor of the plaintiff;  and

2. Award the plaintiff his costs, fees, and such other and further relief as the Court deems just and proper.

Respectfully Submitted:

_____

/s/ *David L. Delk, Jr.*

Counsel for Plaintiff

David L. Delk, Jr. (#6883)
GROVE, HOLMSTRAND & DELK, PLLC
44 ½ 15th Street
Wheeling, WV 26003
(304) 905-1961

2

**CERTIFICATE OF SERVICE**

I, David L. Delk, hereby certify that a true and accurate copy of the foregoing Answer was served upon the following individuals via the Court's ECF system this March 5, 2026:

MARK D. PANEPINTO, ESQ.
955 National RoadWheeling, WV 26003
(304) 232-9500
mark@panepintolaw.com
*Counsel for Defendant Brent Strass*

.

/s/ *David L. Delk, Jr.*
Counsel for Plaintiff

David L. Delk, Jr. (#6883)
GROVE, HOLMSTRAND & DELK, PLLC
44 ½ 15th Street
Wheeling, WV 26003
(304) 905-1961

3