**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

ROBERT L. STRASSER,

       Plaintiff,

vs.

                                      Case No. 5:25-cv-81

                                      Judge:   Bailey

BRENT A. STRASSER,

       Defendant.

**PLAINTIFF'S RULE 26(a)(1) DISCLOSURES**

       Plaintiff, by counsel, states , submits its disclosures pursuant  to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

Rule 26(a)(1)(A(i)       Individuals Likely to Have Discoverable Information

       Based upon information currently available, the following individuals are likely to have discoverable information which this plaintiff may use to support his claims.

1. <u>Beth Cox</u>:  Beth Cox is the cousin of the plaintiff who lives in Wheeling, WV.  She is the daughter of Dorothy Cox who was Martha Strasser's first cousin.   Beth Cox ill support the fact that the defendant Brent kept Martha Strasser isolated and drove her deeper into dementia and loneliness.

2. <u>Josephine Tellers</u>:  Josephine Tellers is plaintiff's neighbor. She has information as to how the defendant treated and cared for Martha Strasser and kept her isolated from the outside world.

3. <u>Tom Byrum</u>:  Tom Byrum was the attorney who drafted the trust accounts for Robert and Martha Strasser.

4. <u>Barry Allen</u>:  Barry Allen is friends with the plaintiff and has knowledge of the allegations in the Complaint through conversations with the plaintiff.

5. <u>Ed Brosh</u>:  He is the brother of Cathy Strasser.  He has information regarding questionable handling of the financial accounts of Martha Strasser by Brent Strasser.

6. <u>Jim Kepner</u>:  He is an acquaintance of the plaintiff and has information regarding the lack of knowledge the plaintiff had of his mother's funeral.

7. <u>Representative of Charles Schwab & Co., Inc.</u>:  It is anticipated that a representative of Schwab will have information regarding modifications to the applicable trusts.

<u>Rule 26(a)(1)(A(ii)</u>       <u>Documents and Tangible Things Which Support Claims</u>

Based upon information currently available, this plaintiff may rely upon the following documents and things:

1. Financial records from Schwab in possession of the plaintiff and which will be subpoenaed.

2.  Documents produced by law firms in possession of the plaintiff and which will be collected from the defendant or obtained via subpoena.

3. Medical and dental records for Martha Strasser, which will be obtained via authorization from the defendant or via subpoena

**4.** Photographs of Martha Strasser in possession of the plaintiff.

<u>Rule 26(a)(1)(A(iii)</u>       <u>Computation of Damages</u>

Discovery will reveal the exact amount of trust assets misappropriated by the defendant.  Based on the Schwab documentation being produced, plaintiff believes this amount to be at least $2,960,020.00.

<u>Rule 26(a)(1)(A(iv)</u>       <u>Insurance Agreement</u>

The plaintiff has not yet identified any applicable insurance policies.

Respectfully Submitted:

_____

/s/ *David L. Delk, Jr.*

Counsel for Plaintiff

David L. Delk, Jr. (#6883)
GROVE, HOLMSTRAND & DELK, PLLC
44 ½ 15th Street
Wheeling, WV 26003
(304) 905-1961

3

## CERTIFICATE OF SERVICE

I, David L. Delk, hereby certify that a true and accurate copy of the foregoing **PLAINTIFF'S RULE 26(a)(1) DISCLOSURES** was served upon the following individuals via the Court's ECF system this March 13, 2026:

MARK D. PANEPINTO, ESQ.
955 National RoadWheeling, WV 26003
(304) 232-9500
mark@panepintolaw.com
*Counsel for Defendant Brent Strasser*

.

/s/ *David L. Delk, Jr.*
Counsel for Plaintiff

David L. Delk, Jr. (#6883)
GROVE, HOLMSTRAND & DELK, PLLC
44 ½ 15th Street
Wheeling, WV 26003
(304) 905-1961

4