**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| **ROBERT L. STRASSER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 5:25-CV-81** |
| | ) | **Judge Bailey** |
| **BRENT A. STRASSER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

**DEFENDANT, BRENT A. STRASSER'S
RULE 26(a)(1) DISCLOSURES**

---

The Defendant, Brent A. Strasser, by counsel, submits its disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

Rule 26(a)(1)(A)(I)           Individuals Likely to Have Discoverable Information

Based upon current information and knowledge, the following persons are likely to have discoverable information which this Defendant may use to support his claims/defenses:

1.    Michael Pruszynski and/or another Charles Schwab representative: Mr. Pruszynski, with an office at 1900 Main Street, Suite 219, Canonsburg, PA 15317, or other Schwab representative, where the account(s) managers for Martha Strasser's accounts at this institution and have information relative to her financial objectives, goals, desires, and beneficiaries.

2.    John Smith: Mr. Smith, of Wheeling, WV, was Martha Strasser's general and home maintenance provider who has information relative to the relationship of Martha Strasser and Plaintiff.

Page 1 of 5

3.    Heather Miller: Ms. Miller, of Wheeling, WV, was Martha Strasser's caregiver. Ms. Miller has information relative to the relationship and animosity between Martha Strasser and Plaintiff.

4.    Cheryl Gabel: Ms. Gabel, of St. Clairsville, OH, was Martha Strasser's caregiver. Ms. Gabel has information relative to the relationship and animosity between Martha Strasser and Plaintiff.

5.    Danielle Pierce: Ms. Pierce, of St. Clairsville, OH, was Martha Strasser's caregiver. Ms. Pierce has information relative to the relationship and animosity between Martha Strasser and Plaintiff.

6.    Christina Quinn: Ms. Quinn, of Wheeling, WV, was Martha Strasser's caregiver. Ms. Quinn has information relative to the relationship and animosity between Martha Strasser and Plaintiff.

7.    Kristy Watson: Ms. Watson, of St. Clairsville, OH, was Martha Strasser's caregiver. Ms. Watson has information relative to the relationship and animosity between Martha Strasser and Plaintiff.

8.    Nathan Strasser: Mr. Strasser, of Nashville or Franklin, TN, is Martha Strasser's grandson. Mr. Strasser has information relative to the relationship and animosity between Martha Strasser and Plaintiff. Mr. Strasser also has information relative to obtaining ownership of Martha Strasser's home, ownership of said home being transferred to Plaintiff, the rift and turmoil relative to Martha Strasser becoming a "tenant" of said home, as well as the condition and deterioration of the home.

9.    Diane Platte: Ms. Platte, of Iowa City, IA, is Martha Strasser's granddaughter. Ms. Strasser has information relative to the relationship and animosity between

Martha Strasser and Plaintiff. Ms. Strasser also has information relative to obtaining ownership of Martha Strasser's home, ownership of said home being transferred to Plaintiff, the rift and turmoil relative to Martha Strasser becoming a "tenant" of said home, as well as the condition and deterioration of the home.

10. Judy Strasser: Mrs. Strasser, of Wheeling, WV, is Martha Strasser's daughter-in-law and Defendant's wife. Mrs. Strasser has information relative rift and animosity between Martha Strasser and Plaintiff which existed since 2019 through the time of Martha Strasser's passing. Mrs. Strasser also have information relative to Martha Strasser's desires to specifically exclude Plaintiff from portions of her estate.

11. Tom Byrum: Mr. Byrum, of Wheeling, WV, is an attorney who provided advice to Martha Strasser relative to financial matters.

12. Harold Migias and/or a representative of WesBanco Trust Department: WesBanco Trust Department, of Wheeling, WV, has information relative to financial matters, including unfunded trust account(s) at WesBanco Wheeling.

13. Cathy Strasser: Mrs. Strasser, of Wheeling, WV, is Plaintiff's wife and has information relative to the relationship between Plaintiff and Martha Strasser.

14. Ashley Rabe: Mrs. Rabe, of Sewickley, PA, is Defendant's daughter and has information relative to the troubled relationship between Plaintiff and Martha Strasser.

15. Dan Rabe: Mr. Rabe, of Sewickley, PA, is Defendant's son-in-law and has information relative to the troubled relationship between Plaintiff and Martha Strasser.

<u>Rule 26(a)(1)(A)(ii)</u>          Documents and Tangible Things Which Support Claims

Based upon current information and knowledge, this Defendant may rely upon the following documents and things:

1.      All financial records from all financial institutions involving the accounts of Martha Strasser, specifically but not limited to, Schwab Financial Services and WesBanco.

2.      Photographs of Martha Strasser and Martha Strasser's home.

3.      Trust and legal related documents pertaining to Martha Strasser.

4.      Correspondence between Plaintiff and Martha Strasser.

<u>Rule 26(a)(1)(A)(iii)</u>          Computation of Damages

The Defendant has not been able to accurately calculate Defendant's damages at this juncture. The Defendant does not believe Plaintiff is entitled to any damages.

<u>Rule 26(a)(1)(A)(iv)</u>          Insurance Agreement

The Defendant is unaware of any insurance policies regarding the underlying claim and counterclaim.

Respectfully submitted,

/s/ Mark D. Panepinto
Mark D. Panepinto WV Bar Number:7584
Attorney for Defendant
Panepinto Law Offices
955 National Road
Wheeling, WV 26003
Telephone: (304) 232-9500
                (304) 215-7003
Fax: (304) 232-8500
E-mail: mark@panepintolaw.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| **ROBERT L. STRASSER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )    **CIVIL ACTION NO. 5:25-CV-81** |
| | )    **Judge Bailey** |
| **BRENT A. STRASSER,** | ) |
| | ) |
| **Defendant.** | ) |

**CERTIFICATE OF SERVICE**

I, Mark D. Panepinto, hereby certify that a true and accurate copy of the foregoing *Defendant, Brent A. Strasser's Rule 26(a)(1) Disclosures* was served upon the following individual(s) via the Court's ECF system on February 15, 2026, and, the actual exhibits scanned and emailed on March 16, 2026:

> David L. Delk, Jr., Esq.
> Grove, Holmstrand & Delk, PLLC
> 44 ½ 15th Street
> Wheeling, WV 26003
> (304) 905-1961
> ddelk@grovedelklaw.com
> *Counsel for Plaintiff  Robert L. Strasser*

/s/ Mark D. Panepinto
Mark D. Panepinto WV Bar Number:7584
Attorney for Defendant
Panepinto Law Offices
955 National Road
Wheeling, WV 26003
Telephone: (304) 232-9500
            (304) 215-7003
Fax: (304) 232-8500
E-mail: mark@panepintolaw.com

G:\CLIENTS\WV\Cont\Strasser\US District Ct\Initial DIsclosures 03-13-26.wpd