**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

ROBERT L. STRASSER,

Plaintiff,

vs. Case No. 5:25-cv-81
Judge: Bailey

BRENT A. STRASSER,

Defendant.

**PLAINTIFF'S AMENDED NOTICE OF DEPOSITION**
**OF BRENT STRASSER**

PLEASE TAKE NOTICE that Plaintiff, by counsel, will take the deposition of defendant BRENT A. STRASSER upon oral examination, before a court reporter or some other official authorized by law to take depositions, on **Tuesday, September 15m 2026 at 10:00 a.m.** at **the law office of Grove, Holmstrand & Delk, PLLC, located at 44 ½ Fifteenth Street, Wheeling, WV 26003,** at which time and place you are notified to appear and take part in the taking of the deposition as you may be advised and as may be proper.

If said deposition has not been commenced at the time aforesaid, or if commenced but not completed on said day, then the taking thereof may be adjourned and continued from day to day or time to time, without other notice than oral proclamation at the time and place appointed, until the same shall be completed.

Respectfully Submitted:

/s/ David L. Delk Jr.
Counsel for Plaintiff

David L. Delk, Jr. (#6883)
GROVE, HOLMSTRAND & DELK, PLLC
44 ½ 15th Street
Wheeling, WV 26003
(304) 905-1961

**CERTIFICATE OF SERVICE**

I, David L. Delk, hereby certify that a true and accurate copy of the foregoing **PLAINTIFF'S NOTICE OF DEPOSITION OF BRENT STRASSER S** was served upon the following individuals via the Court's ECF system this August 17, 2026:

MARK D. PANEPINTO, ESQ.
955 National RoadWheeling, WV 26003
(304) 232-9500
mark@panepintolaw.com
*Counsel for Defendant Brent Strasser*

.

/s/ *David L. Delk, Jr.*
Counsel for Plaintiff

David L. Delk, Jr. (#6883)
GROVE, HOLMSTRAND & DELK, PLLC
44 ½ 15th Street
Wheeling, WV 26003
(304) 905-1961