**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

ROBERT L. STRASSER,

Plaintiff,

vs.

Case No. 5:25-cv-81
Judge: Bailey

BRENT A. STRASSER,

Defendant.

**CERTIFICATE OF SERVICE**

I, David L. Delk, hereby certify that a true and accurate copy of the foregoing **INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT BRENT STRASSER** was served upon the following individuals via email and the Court's ECF system this August 14, 2026:

MARK D. PANEPINTO, ESQ.
955 National RoadWheeling, WV
26003
(304) 232-9500
mark@panepintolaw.com
*Counsel for Defendant Brent Strasser*

.

/s/ *David L. Delk, Jr.*
Counsel for Plaintiff

David L. Delk, Jr. (#6883)
GROVE, HOLMSTRAND & DELK, PLLC
44 ½ 15th Street
Wheeling, WV 26003
(304) 905-1961