**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| **ROBERT L. STRASSER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 5:25-CV-81** |
| | ) | **Judge Bailey** |
| **BRENT A. STRASSER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

# NOTICE OF DEPOSITION OF ROBERT L. STRASSER

Please take notice that the Defendant, by his attorney, Mark D. Panepinto, will take the deposition of **ROBERT L. STRASSER**, at the law offices of Grove, Holmstrand & Delk, PLLC, located at 44 ½ Fifteenth Street, Wheeling, West Virginia 26003, before an official authorized by law to take depositions on **September 15, 2026, at 1:00 o'clock p.m. or immediately following the conclusion of the Plaintiff's Deposition**, at which time and place you are hereby notified to appear to take such part in the taking of the deposition as you deem desirable and as may be proper.

If for any reason the taking of this deposition be not commenced, or if commenced, be not concluded, the taking thereof may be adjourned from day to day, or time to time, without other notice than oral proclamation at the time and place appointed, until the same shall be completed.

Respectfully submitted,

/s/ Mark D. Panepinto
Mark D. Panepinto WV Bar Number:7584
Attorney for Defendant
Panepinto Law Offices
955 National Road
Wheeling, WV 26003
Telephone: (304) 232-9500
(304) 215-7003
Fax: (304) 232-8500
E-mail: mark@panepintolaw.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| **ROBERT L. STRASSER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 5:25-CV-81** |
| | ) | **Judge Bailey** |
| **BRENT A. STRASSER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## CERTIFICATE OF SERVICE

I, Mark D. Panepinto, hereby certify that a true and accurate copy of the foregoing *Notice of Deposition of Robert L. Strasser* was served upon the following individual(s) via the Court's ECF system on August 18, 2026:

David L. Delk, Jr., Esq.
Grove, Holmstrand & Delk, PLLC
44 ½ 15th Street
Wheeling, WV 26003
(304) 905-1961
ddelk@grovedelklaw.com
*Counsel for Plaintiff Robert L. Strasser*

/s/ Mark D. Panepinto
Mark D. Panepinto WV Bar Number:7584
Attorney for Defendant
Panepinto Law Offices
955 National Road
Wheeling, WV 26003
Telephone: (304) 232-9500
(304) 215-7003
Fax: (304) 232-8500
E-mail: mark@panepintolaw.com

G:\CLIENTS\WV\Cont\Strasser\US District Ct\Notice of Depo. - Robert S. 08-18-26.wpd